Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 11–24543–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fitzroy Ricardo Hutchinson
259 Carlton Club Drive
Piscataway, NJ 08854

Stacy Deborah Hutchinson
aka Stacy Deborah Senior, aka Stacy
Senior–Hutchinson
80 Oneida Avenue
North Plainfield, NJ 07060

Social Security No.:
  xxx–xx–5643                                          xxx–xx–2526
Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 21, 2016          Kathryn C. Ferguson
                                  Judge, United States Bankruptcy Court